# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 12–13262–BLS |
| Revstone Industries, LLC ) | Bankruptcy Chapter:  11 |
|     Debtor ) | |
| _____ ) | |
| Fred C. Caruso, solely in his capacity as | |
| Revstone/Spara Litigation Trustee of the ) | |
| Revstone/Spara Litigation Trust | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.:  14–50656–BLS |
| vs. ) | |
| Turnberry Investors, LLC ) | |
|     Defendant ) | |

## ORDER SETTING STATUS CONFERENCE

    IT IS ORDERED that a Status Conference will be held on 11/7/18 , at 09:15 AM in the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Debtor's Counsel is required to attend the hearing.

Date:  10/15/18

                                                Brendan Linehan Shannon
                                                   Bankruptcy Judge

(VAN–460b)

United States Bankruptcy Court
District of Delaware

Fred C. Caruso, solely in his capacity a,
    Plaintiff

Adv. Proc. No. 14-50656-BLS

Turnberry Investors, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: Lesa     Page 1 of 1     Date Rcvd: Oct 15, 2018
                       Form ID: van460b     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 15 2018 20:50:46      U.S. Trustee,
            Office of the United States Trustee,    J. Caleb Boggs Federal Building,
            844 King Street, Suite 2207,     Lockbox 35,    Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 15 2018 20:50:46      U.S. Trustee,
            Office of United States Trustee,    J. Caleb Boggs Federal Building,
            844 King Street, Suite 2207,     Lockbox 35,    Wilmington, DE 19801-3519
                                                                                                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
         Andrew James Huber    on behalf of Defendant     Turnberry Investors, LLC
          ajhuber@thewillifordfirm.com
         Colin Robinson    on behalf of Plaintiff     Fred C. Caruso, solely in his capacity as
          Revstone/Spara Litigation Trustee of the Revstone/Spara Litigation Trust crobinson@pszjlaw.com
         Colin R. Robinson    on behalf of Plaintiff     Fred C. Caruso, solely in his capacity as
          Revstone/Spara Litigation Trustee of the Revstone/Spara Litigation Trust crobinson@pszjlaw.com,
          efile1@pszjlaw.com
         Evan O Williford    on behalf of Defendant     Turnberry Investors, LLC
          evanwilliford@thewillifordfirm.com, susancrisp@thewillifordfirm.com
         Laura Davis Jones    on behalf of Plaintiff     Fred C. Caruso, solely in his capacity as
          Revstone/Spara Litigation Trustee of the Revstone/Spara Litigation Trust ljones@pszjlaw.com,
          efile1@pszjlaw.com
         Sheldon Samuel Toll    on behalf of Defendant     Turnberry Investors, LLC sst@lawtoll.com
                                                                                                                                              TOTAL: 6